**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6257**

———————

WARD EVERETTE MOHLER,

Plaintiff - Appellant,

versus

J. E. GUNJA, Warden,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CR-91-131, CA-00-3682-DKC)

———————

Submitted: May 31, 2001                Decided: June 8, 2001

———————

Before WILKINS, TRAXLER, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Ward Everette Mohler, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ward Mohler appeals an order of the district court transferring his postconviction proceeding from the District of Maryland to the Western District of Virginia. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. Van Orman v. Purkett, 43 F.3d 1201, 1202-03 (8th Cir. 1994); Middlebrooks v. Smith, 735 F.2d 431, 432-33 (11th Cir. 1984).

We deny a certificate of appealability and dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2